# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fischer, Dale S. | District Court - CA (Central) | 05/03/2003 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge nominee | X Nomination, Date 05/01/2003 ___ Initial ___ Annual ___ Final | 01/01/2002 to 04/30/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 210 W. Temple St. Los Angeles CA 90012 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Judge | Superior Court of California - County of Los Angeles |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 1996 | Kindel & Anderson, possible liquidation payment, no control (doubtful) |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2001 | Superior Court - County of LA    judicial salary and benefits | 163052.13 |
| 2 | 2002 | Superior Court - County of LA    judicial salary and benefits | 170458.69 |
| 3 | 2003 | Superior Court - County of LA    judicial salary and benefits | 57607.48 |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | **SOURCE** | **DESCRIPTION** |
| --- | --- | --- |
| ☐ **NONE** (No such reportable reimbursements.) | | |
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | **SOURCE** | **DESCRIPTION** | **VALUE** |
| --- | --- | --- | --- |
| ☐ **NONE** (No such reportable gifts.) | | | |
| 1 | | EXEMPT | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | **CREDITOR** | **DESCRIPTION** | **VALUE CODE** |
| --- | --- | --- | --- |
| ☒ **NONE** (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Rollover IRA - Schwab | B | Dividend | M | T | Exempt | | | | |
| 2 --AMGN common stock | | | | | " | | | | |
| 3 --AOL common stock | | | | | " | | | | |
| 4 --BBBY common stock | | | | | " | | | | |
| 5 --BRCD common stock | | | | | " | | | | |
| 6 --BRCM common stock | | | | | " | | | | |
| 7 --BVSN common stock | | | | | " | | | | |
| 8 --CDWC common stock | | | | | " | | | | |
| 9 --CHKP common stock | | | | | " | | | | |
| 10 --CHS common stock | | | | | " | | | | |
| 11 --CSCO common stock | | | | | " | | | | |
| 12 --DCLK common stock | | | | | " | | | | |
| 13 --EBAY common stock | | | | | " | | | | |
| 14 --ELAB common stock | | | | | " | | | | |
| 15 --ELK common stock | | | | | " | | | | |
| 16 --HD common stock | | | | | " | | | | |
| 17 --KSS common stock | | | | | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 05/03/2003 |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 --LF common stock | | | | | " | | | | |
| 19 --MDT common stock | | | | | " | | | | |
| 20 --MSFT common stock | | | | | " | | | | |
| 21 --NTAP common stock | | | | | " | | | | |
| 22 --ORCL common stock | | | | | " | | | | |
| 23 --PFCB common stock | | | | | " | | | | |
| 24 --PAYX common stock | | | | | " | | | | |
| 25 --PWER common stock | | | | | " | | | | |
| 26 --QCOM common stock | | | | | " | | | | |
| 27 --QTRN common stock | | | | | " | | | | |
| 28 --SKIL common stock (ADR) | | | | | " | | | | |
| 29 --SPLS common stock | | | | | " | | | | |
| 30 --SMTF common stock | | | | | " | | | | |
| 31 --SBUX common stock | | | | | " | | | | |
| 32 --SNPS common stock | | | | | " | | | | |
| 33 --TQNT common stock | | | | | " | | | | |
| 34 --TWTR common stock | | | | | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | **If not exempt from disclosure** | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  --VRSN common stock | | | | | " | | | | |
| 36  --WPI common stock | | | | | " | | | | |
| 37  --Schwab Money Market | A | Dividend | | | " | | | | |
| 38  Credit Suisse Strategic Value Fund | A | Div | L | T | " | | | | |
| 39  Credit Suisse Global Post-Venture Capital Fund | | None | J | T | " | | | | |
| 40  Credit Suisse Global Technology Fund | | None | J | T | " | | | | |
| 41  Brokerage Account - Schwab | | | | | " | | | | |
| 42  --Bender Growth Fund | | None | J | T | " | | | | |
| 43  Contributory IRA - Schwab | | None | J | T | " | | | | |
| 44  --Bender Growth Fund | | | | | " | | | | |
| 45  Vanguard 500 Index Fund - IRA | A | Dividend | K | T | " | | | | |
| 46  Wells Fargo Bank | A | Interest | J | T | " | | | | |
| 47  Deutsche Bank Alex Brown Brokerage | | | | | " | | | | |
| 48  --Rouse common stock | A | Dividend | J | T | " | | | | |
| 49  --Deutsche Bank Cash Reserve Fund | A | Dividend | J | T | " | | | | |
| 50  Rouse common stock | A | Div&OID | J | T | " | | | | |
| 51  Fidelity Magellan Mutual Fund | A | Dividend | L | T | " | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 E*Trade Brokerage Account | | | | | " | | | | |
| 53 --E Trade Money Market Fund | A | Dividend | J | T | " | | | | |
| 54 --CAT Money Market Fund | A | Dividend | | | " | | | | |
| 55 --MMM common stock | A | Dividend | J | T | " | | | | |
| 56 --CAT common stock | A | Dividend | J | T | " | | | | |
| 57 --CVX common stock | A | Dividend | J | T | " | | | | |
| 58 --CSCO common stock | | None | J | T | " | | | | |
| 59 --DELL common stock | | None | J | T | " | | | | |
| 60 --DD common stock | A | Dividend | J | T | " | | | | |
| 61 --EK common stock | A | Dividend | J | T | " | | | | |
| 62 --XOM common stock | A | Dividend | J | T | " | | | | |
| 63 --GM common stock | A | Dividend | J | T | " | | | | |
| 64 --GT common stock | A | Dividend | J | T | " | | | | |
| 65 --IP common stock | A | Dividend | J | T | " | | | | |
| 66 --JPM common stock | A | Dividend | J | T | " | | | | |
| 67 --QQQ units in inv. fund | | None | J | T | " | | | | |
| 68 --QCOM common stock | | None | J | T | " | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 05/03/2003 |

## VII. Page 5 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-37 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Judges' Retirement II – CalPERS | D | Interest | L | T | " | | | | |
| 70 457 Plan | A | Interest | J | T | " | | | | |
| 71 --SSGA S&P 500 Flagship Fund Series C | | | | | " | | | | |
| 72 --LA County Stable Income Fund | | | | | " | | | | |
| 73 401(k) Plan | A | Interest | J | T | " | | | | |
| 74 --T. Rowe Price International Stock Fund (TR-INS) | | | | | " | | | | |
| 75 --SSGA S&P 500 Flagship Fund Series C | | | | | " | | | | |
| 76 --Stable Value Fund (PC-SUF) | | | | | " | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fischer, Dale S.. | 05/03/2003 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fischer, Dale S. | 05/03/2003 |

## IX.  CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Dale S. Fischer_      Date _5/3/03_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 10 | 000 | Notes payable to banks-secured | | | 0 |
| U.S. Government securities-add schedule | | 0 | Notes payable to banks-unsecured | | | 0 |
| Listed securities-add schedule | 184 | 000 | Notes payable to relatives | | | 0 |
| Unlisted securities-add schedule | | 0 | Notes payable to others | | | 0 |
| Accounts and notes receivable | | 0 | Accounts and bills due | | 2 | 000 |
| Due from relatives and friends | 15 | 000 | Unpaid income tax | | | 0 |
| Due from others | | 0 | Other unpaid income and interest | | | 0 |
| Doubtful (Marine Account Hinda & Anderson) | 1 | 021 | Real estate mortgages payable-add schedule | | 150 | 000 |
| Real estate owned-add schedule | 110 | 000 | Chattel mortgages and other liens payable | | | 0 |
| Real estate mortgages receivable | | 0 | Other debts-itemize | | | 0 |
| Autos and other personal property | 92 | 500 | | | | |
| Cash value-life insurance | | 0 | | | | |
| Other assets-itemize | | | | | | |
| | | | | | | |
| other retirement accounts | 121 | 996 | | | | |
| securities funds and money markets | 225 | 460 | Total liabilities | | 152 | 000 |
| | | | Net Worth | 1 | 096 | 877 |
| Total Assets | 1 248 | 877 | Total liabilities and net worth | 1 | 248 | 877 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | Are any assets pledged? (Add schedule) | | | no |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions? | | | no |
| Legal Claims | | 0 | Have you ever taken bankruptcy? | | | no |
| Provision for Federal Income Tax | | 0 | | | | |
| Other special debt | | 0 | | | | |

| | |
|---|---|
| Home Depot Inc. | 4.482 |
| International Paper Co. | 1.328 |
| J. P. Morgan Chase & Co. | 1.548 |
| Kohls Corp. | 20.909 |
| Leapfrog Enterprises Inc. | 4.700 |
| Medtronic Inc. | 5.261 |
| Microsoft Corp. | 3.620 |
| Nasdaq - 100 Trust SR 1 | 5.560 |
| Network Appliance Inc. | 7.884 |
| Oracle Corporation | 7.724 |
| PF Changs China Bistro | 6.059 |
| Paychex Inc. | 5.810 |
| Power-One Inc. | 744 |
| Qualcomm Inc. | 10.393 |
| Rouse Company | 6.785 |
| Skillsoft Pub. Ltd. | 1.747 |
| Staples Inc. | 13.178 |
| Starbucks. Corp | 29.400 |
| Synopsys Inc. | 17.224 |
| Tweeter Home Entertainment Group | 1.458 |
| Verisign Inc. | 6.010 |
| Watson Pharmaceuticals | 6.186 |